IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| PEDRO F. GONZALES, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:22-cv-00119-O-BP |
| | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Pedro F. Gonzales, Jr., in care of Karl E. Osterhout, an attorney, attorney fees under the Equal Access to Justice Act in the total amount of $10,495.89 as agreed to by the parties for service performed in 2022 at the hourly rate of $224.12 and for service performed in 2023 at the hourly rate of $230.00.

**SO ORDERED** this 26th day of January, 2024.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE